# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TRIEST IRRIGATION, LLC,** | |
| Plaintiff, | Case No. 7:18-CV-155 (HL) |
| v. | |
| **DONALD VANCE HIERS, SR.**, *et al.*, | |
| Defendants. | |

## ORDER

On March 22, 2023, the parties participated in a telephone conference concerning the Plaintiff's Motion to Modify Scheduling and Discovery Order (Doc. 98). During this meeting, the Court scheduled an in-person conference on April 11, 2023, at 10:30 A.M. to resolve the remaining discovery issues in this case. In accordance with the Court's instructions during the telephone conference, the parties are **ORDERED** to submit the following in writing by April 6, 2023: descriptions of all remaining documents necessary to complete discovery, identification of all remaining persons to be deposed, and explanation of any additional discovery issues which need to be addressed.

**SO ORDERED**, this 22nd day of March, 2023.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aem